IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| GRAY DENTAL CARE, PC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-01119 |
| | ) | Jury Demand |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | Judge Trauger |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION AND AGREED ORDER OF DISMISSAL

Come your parties, by and through counsel, and jointly announce to the Court that a settlement has been reached requiring dismissal of this action with full prejudice as to refiling against this Defendant.

Considering that a settlement agreement has been reached, the parties jointly move the Court to enter an order of dismissal with full prejudice as to refiling against this Defendant. It is so ORDERED.

Entered this __19th__ day of April, 2016.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

**FARRAR | WRIGHT, PLLC**

/s/ Sonya S. Wright
Sonya S. Wright (BPR #023898)
106 North Church Street
Murfreesboro, TN 37130
(615) 896-8000, telephone
(615) 900-3473, facsimile
sonya@farrarwright.com
*Counsel for Plaintiff*

**PAINE | BICKERS LLP**

/s/ Matthew J. Evans
Matthew J. Evans (BPR #017973)
2200 Riverview Tower
900 South Gay Street
Knoxville, TN 37902
(865) 525-0880, telephone
*Counsel for Defendant*